# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 20, 2025

    No. 24-20142    Anderson v. Estrada
                    USDC No. 4:21-CV-3730

Dear Counsel,

The above referenced case has been scheduled for oral argument on 04/02/2025. It will be held in New Orleans - East Courtroom at 9:00. The Oral Argument session number is 38.

**Arguing counsel is responsible for electronically filing the Oral Argument Acknowledgment Form by no later than Thursday, March 6, 2025.** To submit your form, log in to CM/ECF and select the event 'Oral Argument Acknowledgment Form Filed.' Please include your session number when completing the Oral Argument Acknowledgment Form.

IMPORTANT: Please confer with all counsel on your side regarding the order and division of time before submitting the form. This step is critical to ensure you are providing the court with accurate information. The court will not allow any changes except in emergency situations.

**The Oral Argument Acknowledgment Form is available on our website at https://www.ca5.uscourts.gov/oral-argument-information/attending-oral-arguments.** Also available on this page are links to the 'Court and Special Hearings Calendar' and 'Court Policy on Electronic Devices'.

If you have not electronically filed a "Form for Appearance of Counsel," you must do so before filing the Oral Argument Acknowledgment Form. You must name each party you represent, See Fed. R. App. P. and 5th Cir. R. 12. The form is available at https://www.ca5.uscourts.gov/appearanceform. Attorneys appointed under the Criminal Justice Act are exempt from the requirement to file a Form for Appearance of Counsel.

To ensure that we can provide all pertinent materials to the court before argument, we must receive any additional filings in this office by noon on the workday immediately preceding the day your case is scheduled for argument. Exceptions will be made for emergencies only.

Notice to Court Appointed Counsel: Please review for information on CJA travel at https://www.ca5.uscourts.gov/oral-argument-information/attorney-information/cja-travel-information.

All questions regarding the scheduling and argument of this case should be directed to the assigned courtroom deputy, Kim Pollard at 504-310-7635.

Sincerely,

LYLE W. CAYCE, Clerk

By:_____
Kim M. Pollard, Calendar Clerk
504-310-7635

cc:
    Mr. David B. Adler
    Ms. Eman Patricia Arabi Katbi
    Mr. James Carroll Butt
    Mr. George Edwards III
    Mr. Robert Henry Ford
    Ms. Christine Diane Herron
    Mr. Ajay Ketkar
    Mr. Richard B. Kuniansky
    Mr. Allen Holden Zwernemann