

# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

October 3, 2025

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

    Re:  Kenneth D. Anderson, et al.
          v. Crystal Estrada, Deputy, et al.
          No. 25-403
          (Your No. 24-20142)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on October 1, 2025 and placed on the docket October 3, 2025 as No. 25-403.

Sincerely,

**Scott S. Harris**, Clerk

by

Lisa Nesbitt
Case Analyst